# EXHIBIT 05

## (Document to be filed under seal)