# EXHIBIT 06

## (Document to be filed under seal)