# EXHIBIT 07

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA


THE PNC FINANCIAL           )

SERVICES GROUP, INC.,       )

                            )

          Plaintiff,        )

                            )

      vs.                   )    No. 2:20-cv-1977

                            )

PLAID INC.,                 )

                            )

          Defendant.        )

------------------------    )




          * * * HIGHLY CONFIDENTIAL * * *




                    March 22, 2023

                    9:35 a.m.


          Deposition of RAJARSHI CHAKRAVORTI, held at the offices of Covington & Burling LLP, 620 Eighth Avenue, New York, New York, pursuant to Rule 30(b)(6) notice, before Laurie A. Collins, a Registered Professional Reporter and Notary Public of the State of New York.

HIGHLY CONFIDENTIAL

Page 215

branding and the Plaid logo across all the screens.

Q.    So when was the Plaid Link threads design launched?

A.    It was launched around November of 2020.

Q.    And at that point you mentioned that there was Plaid branding.  What does that mean?

A.    Yeah.  So there's kind of like a difference between what we think about as the Plaid logo versus the Plaid branding.  So Plaid branding, it's kind of like coloration, style, those sorts of elements.  And then the Plaid logo is like the -- I don't know how we describe it, but there's like a logo that's Plaid.  It looks kind of like this (indicating).  I know you can't take that down.  But they have an interstitched logo.  I just made that word up, but that's what it looks like.

Q.    So as of the launch of the threads design at the end of 2020, was Plaid's name and logo on every screen in the Plaid Link user interface?

A.    Yes, it would have applied to every screen within the user interface.

Q.    And at that point in time did Plaid Link stop using colors associated with banks on certain screens within the Plaid Link user interface?

A.    I think the threads design removed -- it removed colors from the flow, I believe.

Q.    Mr. Chakravorti, did there come a time when Plaid voluntarily removed PNC's logo entirely from the Plaid Link user interface?

A.    Yes.

Q.    When did that happen?

A.    December 2020, after the threads design was rolled out.

Q.    And was that change implemented immediately across Plaid's customers?

A.    Yes.

Q.    Earlier today you testified about the design related to certain other screens -- certain particular screens within the Plaid Link user interface.  In particular you were asked about a screen called a multifactor authentication pane, an account selection pane, and a fallback authorization pane.

Do you recall questions about those particular panes within the Plaid Link user flow?

Page 217

A.    I do.

Q.    I believe you were asked questions earlier today about when those screens were first used; correct?

A.    Yes.

Q.    Do you know when those screens were first actually launched?

ATTORNEY MAHADY:   Objection to form.

A.    I don't actually know.  I think I might have answered a question around the timing, but I'm not exactly sure when they were launched.  I'm not exactly sure when they were launched.

Q.    When each of those screens was in use, would it have had the same general design as the credentials pane that would have existed at that same time?

A.    Yes, they would have.

Q.    So if, for example, at the time a credentials pane included bank logos and colors, then the MFA pane, the account selection pane, and the fallback authorization pane, would they have had bank logos and colors as well?

A.    They would have.

Q.    And in the time period after threads was launched, would those panes -- the multifactor

Page 246

C E R T I F I C A T E

STATE OF NEW YORK      )

                       : ss.

COUNTY OF NEW YORK     )


         I, LAURIE A. COLLINS, a Registered

Professional Reporter and Notary Public

within and for the State of New York, do

hereby certify:

         That RAJARSHI CHAKRAVORTI, the

witness whose deposition is hereinbefore

set forth, was duly sworn by me and that

such deposition is a true record of the

testimony given by the witness.

         I further certify that I am not

related to any of the parties to this

action by blood or marriage and that I am

in no way interested in the outcome of this

matter.

         IN WITNESS WHEREOF, I have hereunto

set my hand this 24th day of March 2023.


                         LAURIE A. COLLINS, RPR