# EXHIBIT 09

Page 1

-- TODD RENNER --

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

-------------------------------- X

THE PNC FINANCIAL SERVICES

GROUP, INC.,

Plaintiff,

CIVIL ACTION NO.:

2:20-CV-1977

-vs-

PLAID INC.,

Defendant.

-------------------------------- X

DATE:  November 15, 2023

TIME:  9:07 a.m.

VIDEO-RECORDED DEPOSITION OF TODD RENNER, held at the offices of Reed Smith LLP, 599 Lexington Avenue, 22nd Floor, New York, New York, pursuant to Notice, before Hope Menaker, a Shorthand Reporter and Notary Public of the State of New York.

Page 126

-- TODD RENNER --

financial institution's website, then, yeah, that would be all that's included.

Q.    You would describe Plaid Link as a spoof of the PNC website?

A.    You could describe it as that.  It does look similar to PNC's login as well.

Q.    Looking back at that paragraph, you said:  "It is my opinion that Plaid's deceptive practices, their circumvention of the MFA, and the scale of the data set were a significant and necessary contributor of the ACH fraud experienced by PNC customers that utilized Plaid-affiliated Fintech apps."

Are the deceptive practices, the circumvention of the MFA, and the scale of the data set separately significant contributors to the ACH event?

MR. MAHADY:  Object to form.

A.    They can be, yes.  If Plaid wasn't -- didn't have a very similar look and feel, in this case, to PNC's or other financial institutions, and it had a very unique feel that people were still entering their username and credentials and passwords into, and Plaid still circumvented MFA,

Page 127

-- TODD RENNER --

then, yes, that would still be an about an issue.

And the same thing is true with the scale of the data set, based on my knowledge of how much data Plaid retained at the time.

When you do those credential validation accounts, and you're -- and you are doing those brute force, automated responses based on usernames and passwords that a bad actor had collected, the more data that you compare that against, the higher likelihood they're going to be successful in finding a good username and password for a financial institution.

(Whereupon, a brief discussion was held off the record.)

Q.    Were each those three factors, so the deceptive practices, the circumvention, and the scale each separately necessary contributors?

MR. MAHADY:  Object to form.

A.    I'm not -- can you rephrase that.

Q.    Sure.  If the -- if Plaid had not included PNC's marks in Plaid Link, would the security incident have still happened?

A.    If they are still collecting the same data and people put it in and it was used against

Page 128

-- TODD RENNER --

PNC customers, then, yes.

Q.    If Plaid had not circumvented PNC's MFA, would the security incident have still happened?

A.    I think that's ultimately probably the biggest actual vector of -- again, this is the tale of multiple things that have combined together.  But if you can't gain access to a financial institution account, then it's much harder to steal money from it.

And so that is -- that's a piece of the puzzle, and I do think that is a significant piece of the puzzle, is actually being able to access accounts, fit all the other pieces tied together to make them -- make it possible.

Q.    If cybercriminals hadn't been able to access the accounts, how would they have carried out the fraud?

A.    The cybercriminals still do other ways of carrying out fraud besides using a -- an API.  There's multiple ways that -- and that's why so much money is invested in bank cybersecurity is because they are going to continue to figure out how to get around whatever control you have in

Page 129

-- TODD RENNER --

place.

Q.    But that would be a completely different anatomy of attack than what we saw here?

A.    Right, and I think that's what you're asking, though, right, is that, hypothetically, if something was different there, then there would be a different anatomy of attack.

Q.    Okay.  Mr. Renner, was the acquisition of consumer credentials by the cybercriminals a significant contributor to the ACH fraud?

MR. MAHADY:  Object to form.

A.    I think all -- all of these are significant contributors, so, yes, without those credentials that the criminals obtained, it would also be very challenging to access accounts without -- in their case here, like in the dark web research, someone figured out that it might not need username and credentials if they could get to them another way.

Q.    In your report you refer to fraud experienced by PNC customers that utilized Plaid-affiliated Fintech apps.

That's separate than the dark web

-- TODD RENNER --

C E R T I F I C A T E

STATE OF NEW YORK        )

                         )  ss.

COUNTY OF NEW YORK       )


        I, HOPE LYNN MENAKER, a Notary Public within

and for the State of New York, do hereby certify:

        That TODD RENNER, the witness whose

deposition is hereinbefore set forth, was duly

sworn by me and that such deposition is a true

record of the testimony given by the witness.

        I further certify that I am not related to

any of the parties to this action by blood or

marriage, and that I am in no way interested in

the outcome of this matter.

                IN WITNESS WHEREOF, I have hereunto

set my hand this 17th day of November, 2023.


*Hope Lynn Menaker*

HOPE LYNN MENAKER