UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PNC FINANCIAL SERVICES GROUP, INC., <br><br> Plaintiff <br><br> v. <br><br> PLAID INC., <br><br> Defendant. | Civil Action No. 2:20-cv-1977 |

## PLAINTIFF THE PNC FINANCIAL SERVICES GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, The PNC Financial Services Group, Inc. ("PNC"), moves under Federal Rule of Civil Procedure 56 for summary judgment on the following claims against Defendant Plaid Inc. ("Plaid"): **Count 1** (Federal Trademark Counterfeiting Under Sections 32(1)(b), 34(d) of the Lanham Act, 15 U.S.C. §§ 1114(1)(b), 1116(d)), **Count II** (Federal Trademark Infringement Under Section 32(a) of the Lanham Act, 15 U.S.C. § 1114(1)), **Count III** (Federal Trademark Infringement, False Designation of Origin, and Unfair Competition Under Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A)), **Count V** (Unfair Competition and Unfair or Deceptive Acts or Practices Under 73 P.S. § 201-1, *et seq.*), and **Count VI** (Trademark Infringement, Unfair Competition, False Designation of Origin, and Misappropriation Under Pennsylvania Common Law). PNC also moves for summary judgment on Defendant's **Affirmative Defenses 1-8, and 10-11** (Failure to State a Claim, Fair Use, Equitable Estoppel / Unclean Hands, No Harm or Damages, Uncertainty of Damages, Fault of PNC or Others, No Entitlement to Injunctive Relief, Laches and Acquiescence, Extenuating Circumstances, and Unstated "Additional Defenses").

A fulsome discussion of the factual and legal basis for this Motion is set forth in the accompanying Memorandum of Law in Support of this Motion, Statement of Undisputed Facts, and exhibits thereto.

PNC discussed its anticipated motion with counsel for Plaid but Plaid would not agree to dismiss any of its asserted Affirmative Defenses.

Dated: May 10, 2024

/s/ Hara K. Jacobs
Hara K. Jacobs (admitted *pro hac vice*)
Noah S. Robbins (admitted *pro hac vice*)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500 (phone)
(215) 864-8999 (fax)
Email: jacobsh@ballardspahr.com
Email: robbinsn@ballardspahr.com

Robert A. Nicholas
Joseph J. Mahady (admitted *pro hac vice*)
Abigail M. Pierce (admitted *pro hac vice*)
**REED SMITH LLP**
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
RNicholas@ReedSmith.com
JMahady@ReedSmith.com
Abigail.pierce@ReedSmith.com

Christopher R. Brennan
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA, 15222
Phone: (412) 288-3131
CBrennan@ReedSmith.com

*Counsel for The PNC Financial Services Group, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on May 10, 2024, I served a true and correct copy of the foregoing document via the Court's CM/ECF system.


                                                    */s/ Hara K. Jacobs*
                                                    Hara K. Jacobs

                                                    *Counsel for The PNC Financial Services Group, Inc.*