## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

THE PNC FINANCIAL SERVICES GROUP,
INC.,

                  Plaintiff

         v.

PLAID INC.,

              Defendant.

Civil Action No. 2:20-cv-1977

### STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THE PNC FINANCIAL SERVICES GROUP, INC.'s MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c)(1) and L. Civ. R. 56, and in support of its motion for partial summary judgment, Plaintiff PNC Financial Services Group, Inc. ("PNC") submits the following statement of material facts as to which there is no genuine dispute:

### PLAINTIFF THE PNC FINANCIAL SERVICES GROUP, INC.

1.     The product of a merger of two Pennsylvania banks in 1983, PNC's history stretches back nearly 160 years. **Exhibit 1** (https://www.pnc.com/en/about-pnc/company-profile/legacy-project/corporate-history.html); **Exhibit 2** (PNC0040461, at PNC0040467 (10-k ending 2022, merger of two PA banks in 1983)).

2.     PNC is the 6th largest commercial bank in the United States with a coast-to-coast presence. **Exhibit 2** (PNC0040461, at PNC0040467 (10-k ending 2022, $557.3 billion)); **Exhibit 3** (https://www.pnc.com/content/dam/pnc-com/pdf/aboutpnc/Fact%20Sheets/CorporateProfile.pdf); **Exhibit 4** (https://investor.pnc.com/sec-filings/all-sec-filings/content/0000713676-23-000062/0000713676-23-000062.pdf).

3.     PNC has approximately 61,000 employees across the country serving approximately 12 million customers. **Exhibit 2** (PNC0040461, at PNC0040478 (10-k ending 2022, number of employees)); **Exhibit 5** (https://web.fremontbusiness.com/Banks/PNC-Bank-Financial-Services-Group-3539) ("More than 12 million consumers and small businesses use their various deposit, lending, credit card, cash management and investment services.").

## PNC'S RELEVANT TRADEMARK REGISTRATIONS

4.    PNC owns a federal registration for the PNC® trademark (Reg. No. 1,416,898), in standard characters, for the following services:

- Data processing services; financial recordkeeping services in Class 35

- Commercial international, consumer and mortgage banking services; credit card and debit card services; fiduciary and custodial services; cash management and financial consulting services; electronic funds transfer services; investment advisory services; underwriting securities for others; financial transaction processing for financial intermediaries in Class 36

- Transmission of business data for others in Class 38

**Exhibit 6** (PNC0000012-13).

5.    PNC owns a federal registration for its Powerlink Logo  (Reg. No. 2,665,477) for a "Full line of financial and banking services" in Class 36.    **Exhibit 7** (PNC0000010).

6.    PNC owns a federal registration for its  logo (Reg. No. 2,508,843) for a "Full line of financial and banking services" in Class 36.    **Exhibit 8** (PNC0000011).

7.    PNC owns a federal registration for its PNC.COM® mark (Reg. No. 5,831,730), in standard characters, for "Banking services; a full line of financial services, namely, mortgage, wholesale, commercial and consumer lending services, loan financing, investment management and advisory services, investment brokerage services, financial planning for retirement, wealth management services, case management, fiduciary representatives, estate trust management and planning, financial risk management and assessment services, capital market services, investment banking and financial administration of loans and lease-purchase loans, and securities brokerage services; insurance agency and brokerage services" in Class 36. **Exhibit 9** (PNC0000003-4).

8.    PNC's registrations for its PNC, , and  marks substantially predate Plaid's launch of Plaid Link in 2015.  **Exhibit 6** (PNC0000012), **Exhibit 7** (PNC0000010), **Exhibit 8** (PNC0000011), **Exhibit 10** (Deposition Transcript of William Hockey, at 30:1-9); **Exhibit 11** (Deposition Transcript of Zach Perret, at 20:1-2); **Exhibit 12** (https://plaid.com/blog/inside-link-design/).

9.    PNC's registration for its PNC.COM® mark predates Plaid's launch of the Plaid Link screen displaying the PNC.COM mark.  **Exhibit 9** (PNC0000003), **Exhibit 13** (Expert Report of R. Dhar, ¶ 53 ("Figure 5 below shows an image of the Credentials Pane that PNC bank users would have encountered in the Threads Plaid Link interface as of December 2020.")).

10.     PNC has used the PNC® trademark in the United States since at least April 15, 1976 for the services recited in Reg. No. 1,416,898.  **Exhibit 6** (PNC0000012-13).

11.     PNC has used its ![logo] logo in the United States since at least March 15, 2000 for the financial and banking services recited in Reg. No. 2,665,477.  **Exhibit 7** (PNC0000010).

12.     PNC has used its ![PNC logo] logo in the United States since at least March 15, 2000 for the financial and banking services recited in Reg. No. 2,508,843.  **Exhibit 8** (PNC0000011).

13.     PNC has used its PNC.COM® mark in the United States since at least 1993 for the services recited in Reg. No. 5,831,730.  **Exhibit 9** (PNC0000003-4).

14.     Plaid does not contest the validity of PNC's United States Trademark Registration Nos. 1,416,898, 2,508,843, 2,665,477, and/or 5,8317,30.  **Exhibit 14** (Defendant Plaid Inc.'s First Amended Answer to Plaintiff The PNC Financial Services Group Inc.'s First Amended Complaint, ¶ 14).

15.     PNC customers can access their accounts online via PNC's website and mobile app. **Exhibit 15** (https://www.pnc.com/en/personal-banking/banking/online-and-mobile-banking/mobile-banking.html); **Exhibit 16** (https://www.pnc.com/en/personal-banking/banking/online-and-mobile-banking/online-banking.html).

16.     The pane within PNC's mobile app where a PNC customer inputs their login credentials appears as follows:



**Exhibit 17** (PNC-R0032743).

17.    PNC's mobile banking app has been downloaded over 5,000,000 times in the Google Play Store and has an aggregate rating of 4.8 out of 5 on the App Store based on over 1.5 million reviews. **Exhibit 18** (https://play.google.com/store/apps/details?id=com.pnc.ecommerce.mobile&hl=en_US&gl=US); **Exhibit 19** (https://apps.apple.com/us/app/pnc-mobile-banking/id303113127?see-all=reviews).

## DEFENDANT PLAID INC.

18.    Plaid, founded in 2013, offers a variety of products and services, including payments, identity verification, transaction and balance history, and credit underwriting that it markets to financial technology ("fintech") apps. **Exhibit 20** (https://plaid.com/solutions/payments/); **Exhibit 21** (https://plaid.com/solutions/fraud-compliance/); **Exhibit 22** (https://plaid.com/products/transactions/); **Exhibit 23** (https://plaid.com/products/assets/); **Exhibit 24** (https://plaid.com/press/ ("Headquartered in San Francisco, the company was founded in 2013 by Zach Perret and William Hockey.")).

19.    Plaid views itself as a data company. **Exhibit 25** (https://www.youtube.com/watch?v=sgnCs34mopw at 16:12 ("We see ourselves very much as a data company."); copy of video submitted as **Exhibit 113**); **Exhibit 26** (PL00048355, at PL00048366 ("███████████████████████████████████████████
███████████████████████████████████████████
███████████████ )).

20.    One of the benefits of Plaid Link that Plaid touts to potential customers is the increased volume of data that Plaid can provide. **Exhibit 27** (PL00068700, at PL00068700 (███████████████████████████████████████████
████████████████████████████ )), **Exhibit 28** (PL00036768, at PL00036777 ("Plaid's rich data and consistency beats others")); **Exhibit 29** (Plaid's Response to PNC's First Set of Requests for Admission, No. 35 ("Admitted that Plaid promotes its ability to provide certain financial information to customers")).

21.    

22.    ███████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████

23.    PNC tells customers that they should never provide their login credentials to any third party.  **Exhibit 37** (https://www.pnc.com/en/customer-service/update-center.html ("Never share your user ID or password with anyone")); **Exhibit 38** (https://www.pnc.com/en/personal-banking/investments-and-retirement/brokerage-accounts/brokerage-accounts-faqs.html).

24.    Many other financial institutions also caution customers against sharing their login credentials with third parties.  **Exhibit 39** (https://www.regions.com/digital-banking/online-banking/online-and-mobile-banking-security ("Never share your Online ID or password with anyone")); **Exhibit 40** (https://www.marionstatebanktx.com/eBanking/Security-Tips ("Never share your password with anyone")); **Exhibit 41** (https://www.ally.com/do-it-right/trends/is-mobile-banking-safe/ ("never share your online credentials")); **Exhibit 42** (https://fnbc.us/security/ ("Never share your username and password with anyone")).

25.    Plaid launched Plaid Link in May 2015. **Exhibit 10** (Hockey Dep. Tr. 30:1-9); **Exhibit 11** (Perret Dep. Tr. 20:1-2); **Exhibit 12** (https://plaid.com/blog/inside-link-design/).

26.    Though Plaid Link was launched in May 2015, it "wasn't widely adopted in the ecosystem until several years later." **Exhibit 43** (Deposition Transcript of E. Minor, at 69:16-22).  "[I]n 2016, very few people were actually using Plaid Link." **Exhibit 10** (Hockey Dep. Tr., at 139:23-140:15); **Exhibit 44** (Deposition Transcript of A. Hertz, at 145:22-146:23 (testifying that in 2017, "less than 20 percent" of Plaid traffic was using Plaid Link as opposed to a fintech app's own user interface); **Exhibit 11** (Perret Dep. Tr., at 87:2-6 ("As I mentioned previously, we launched Plaid Link in 2015. It took some amount of time for our customers to start using Plaid Link, especially our big customers, Coinbase being one of our big customers at the time.")); *id.,* at 140:4-15 (it took several years for all customers to start using Plaid Link).

27.    Plaid has over 1,200 employees in seven offices across the world.  **Exhibit 43** (Minor 30(b)(6) Dep. Tr., at 108:20-109:10).

28.    Plaid admits it is not unsophisticated.  **Exhibit 43** (Minor 30(b)(6) Dep. Tr., at 108:20-109:10).

29.    Plaid's most recent funding round imputed a value of over $13 billion. **Exhibit 45** (https://www.forbes.com/sites/jeffkauflin/2022/04/21/plaids-billionaire-cofounder-is-back-with-a-new-startupa-fintech-friendly-bank-hes-running-with-his-wife/?sh=33b7fbbd5390);

███████████████████████████████████████████████████████
███████████████████████████████████████████
████████████████

## PLAID'S DESIGN OF PLAID LINK

30.    ████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████

31.    A Plaid blog post stated:

5

Connecting your Citi account to an Android app? Every single aspect of the brand and platform has been carefully studied. From Citi's blue to Material Design's UI paradigms, there's no detail too small for us to incorporate. Even the input labels match exactly what users read when logging into their account on Citi's website and mobile apps.

**Exhibit 12** (https://plaid.com/blog/inside-link-design/); **Exhibit 47** (Deposition Transcript of J. Overdorff, at 47:15-19 (testifying that there is a "link" between higher conversion rates and the amount of money that Plaid makes)).

32.     On October 8, 2018, Paolo Bernasconi, then a Product Manager at Plaid, sent an internal email stating: "My $0.02, but I think high bank logo coverage does benefit our Sales conversations, for a few reasons:  - Logos and color branding is a strong product differentiator against competitor Link-equivalents which don't display logos or have very low coverage." **Exhibit 48** (PL00145673).

33.


34.     Plaid Co-Founder and CEO Zach Perret testified that in designing Plaid Link, "[i]t wasn't just the bank's user interfaces that we studied." **Exhibit 11** (Perret Dep. Tr., at 63:8-12).

35.


36.

**Exhibit 51** (PL00020718 ("While each institution has its own brand colors, login flows, MFA requirements, and terminology, Plaid Link handles them all in a standardized manner")).

37.

38.
; **Exhibit 52**

(Deposition Transcript of P. Bernasconi, at 93:24-94-17 ("I ended up like, kind of going and creating, I guess, what we call like a Sketch file.  And then I created, like templates so that could, like, source bank logos.")).

39.    ████████████████████████████████████████████████
████████████████████

40.    Plaid employee Paolo Bernasconi testified that "then I hired a contractor, who was to kind of help me, you know, go and find, like, the logos on the web and then put them into the Sketch file.  And then we would export the Sketch file to the database."  **Exhibit 52** (P. Bernasconi Dep. Tr., at 93:24-94-17).

41.    Plaid utilized software to determine the exact shade of a bank color. **Exhibit 52** (P. Bernasconi Dep. Tr., at 150:9-151:8).

42.    Plaid Link's "design is intentionally bank-consistent, increasing user comfort with granting credential-based access."  **Exhibit 51** (PL00020718).

43.    Plaid admits it created and used the PNC login screens shown below. **Exhibit 54** (Plaid's Supplemental Response to Interrogatory No. 1 (citing PNC-R0008033)).



44.    The Plaid Link credentials pane for PNC customers shown above included a "reset password" hyperlink that when clicked would take the consumer to PNC's legitimate website.  **Exhibit 44** (A. Hertz Dep. Tr., at 130:11-25).

45.    Plaid admits it created and used the below variant of the PNC credentials pane in 2020:

7



Exhibit 55 (PL00213093).

46.     Plaid never requested nor received PNC's permission to use the PNC Marks.  **Exhibit 43** (Plaid 30(b)(6) E. Minor Dep. Tr. 15:14-17; 17:22-18:17); **Exhibit 47** (Overdorff Dep. Tran. at 47:20-51:16 ("we never discussed the logo with them in all my time there."); 50:24-51:9 ("I'm not aware of anyone asking for permission, no."); **Exhibit 29** (Plaid's Responses to PNC's First Set of Requests for Admission Nos. 2, 4); **Exhibit 56** (Deposition Transcript of A. McLaurin, at 67:13-22 ("So in this specific format, in the context of our relationship with PNC, I don't think there was any specific legal agreement that talked or that was concluded that included the notion of a logo."); 89:12-16 (acknowledging that as of January 29, 2020, Plaid had no agreement with PNC to use PNC's brand); **Exhibit 11** (Perret Dep. Tr., at 26:16-19 (Plaid has never had PNC's permission to use PNC's logo)).

47.     In December 2020, Plaid introduced a revised version of Plaid Link that did not include PNC's stylized marks, logos, and color scheme.  **Exhibit 43** (Minor Dep Tr., at 91:20-22); **Exhibit 57** (Plaid's Supplementary Responses to PNC's Second Set of Interrogatories, dated October 28, 2022 (Interrogatory No. 6)).

## PLAID'S SERVICES

48.     Plaid provides the service of validating the consumer's credentials and linking an account.  **Exhibit 58** (https://plaid.com/docs/link/ ("Plaid Link will handle credential validation … Plaid Link is the client-side component that your users will interact with in order to

link their accounts to Plaid and allow you to access their accounts")); **Exhibit 56** (A. McLaurin Dep. Tr., at 28:3-15).

49.    Consumer payments are a service offering through Plaid Link.  **Exhibit 20** (https://plaid.com/solutions/payments/).

50.    "Plaid's Balance product makes it easy to check current and available account balances, of a user's account, in real time."  **Exhibit 59** (PL00001872).

51.    Plaid's Identity product uses bank-maintained information in order to validate consumers and reduce the risk of fraud.  **Exhibit 60** (https://plaid.com/products/identity-verification/).

52.    On December 16, 2019, Plaid filed an application to register the mark PLAID with the United States Patent and Trademark Office ("USPTO") in connection with, *inter alia*, the following services in Class 36:

> money transfers; electronic transfer of money; merchant services, namely, payment transaction processing services; payment and funds verification services; credit card verification; currency transfer services; financial services, namely, providing for the exchange of foreign currency via the internet and intranet systems; electronic funds transfer; providing electronic processing of electronic funds transfer, ACH, credit card, debit card, electronic check and electronic payments; providing an on-line computer database in the field of financial transactions; financial analysis, namely, compiling and analyzing statistics, data and other sources of information for financial purposes; financial information and evaluations; financial risk management; financial transaction services, namely, providing secure commercial transactions and payment options; providing financial risk management services for electronic funds transfer, credit and debit card and electronic check transactions via a global computer network in Class 36

> **Exhibit 61** (TSDR File Wrapper for Reg. No. 6,608,997), at 336.

53.    On March 12, 2021, Plaid filed a Statement of Use with the USPTO for its application to register the PLAID mark in Class 36, signed by Plaid Legal Counsel Lucas Stratton, affirming under oath pursuant to 18 U.S.C. §1001 that Plaid had been offering all of the applied-for Class 36 services since at least September 30, 2012.  **Exhibit 61,** at 179-191.

54.    On April 23, 2021, the USPTO issued an Office Action in connection with Plaid's application to register the mark PLAID in Class 36 initially refusing to register the mark. **Exhibit 61**, at 103-107.  Among other deficiencies, the USPTO refused to accept the specimens Plaid submitted to show use of the mark for the Class 36 services.  Specifically, the Office Action stated that:

In the present case, the specimen does not show a direct association between the mark and services in that the mark is used for some type of software that allows users of a customer's app or software products to connect their financial accounts to that customer's app. In other words, the applicant's customers are the financial companies providing an app/software to their banking customers, and the applicant's software goods provides a way to connect the two. The applicant's software is a product and not a service. The applicant is not providing the recited services under the proposed mark - *Money transfers; electronic transfer of money; merchant services, namely, payment transaction processing services; payment and funds verification services; credit card verification; currency transfer services; financial services, namely, providing for the exchange of foreign currency via the internet and intranet systems; electronic funds transfer; providing electronic processing of electronic funds transfer, ACH, credit card, debit card, electronic check and electronic payments; providing an on-line computer database in the field of financial transactions; financial analysis, namely, compiling and analyzing statistics, data and other sources of information for financial purposes; financial information and evaluations; financial risk management; financial transaction services, namely, providing secure commercial transactions and payment options; providing financial risk management services for electronic funds transfer, credit and debit card and electronic check transactions via a global computer network; financial planning; financial consulting; financial information; providing financial information; financial information processing; debt management services; debt management consultation; mortgage financing services; mortgage refinancing; mortgage lending consultation services; brokerage services in the field of stocks and commodities; business brokerage services; Investment management; financial management; debt management services; financial advisory and consultancy services* – but rather, the applicant's customer is the one providing these financial services. The applicant is giving those end customers the needed software to be able to perform these services electronically.

**Exhibit 61** at 104-105.

55.    In response to the Office Action, Plaid stated that "its software does indeed function as a service as well as a good. The software does perform the financial service functions offered under the applied-for Mark . . . ." **Exhibit 61** at 32; *id.* at 33 ("The Mark is clearly used in association with offered financial services, and within the app function display screens directly note that Plaid performs the banking verification services.").

56.    Plaid submitted with its Office Action Response, "substitute specimens showing the mark displayed on every screen during a banking deposit transfer demo and during

the Venmo app's bank account verification process.  The [PLAID] Mark is clearly used in association with offered financial services, and within the app function display screens directly note that Plaid performs the banking verification services." **Exhibit 61**, at 33.

57.    The substitute specimens that Plaid provided with its Office Action Response to demonstrate use of the PLAID mark in connection with the Class 36 services are images of Plaid Link. **Exhibit 61**, at 46-52.

58.    Plaid's Office Action Response and substitute specimens were submitted under oath and subject to 18 U.S.C. § 1001.  **Exhibit 61**, at 28.

59.    The USPTO accepted Plaid's arguments that Plaid offers the Class 36 financial services recited in its trademark application and issued Registration No. 6,608,997 on January 4, 2022. **Exhibit 61**, at 7-20.

60.    Plaid's registration for the PLAID® mark covers the following goods and services:

> Downloadable computer software featuring application programming interface (API) software for banking and credit card data that provides software developers with a clean, categorized view of user transactions and account balances; downloadable computer software for developers and merchants to track and manage transactions, customers, and metrics in the fields of business and finance; downloadable computer software to allow users to perform electronic business transactions via a global computer network; electronic software updates, namely, downloadable computer software and associated data files for updating computer software in the fields of business and finance, provided via computer and communication networks; downloadable databases and electronic data sets containing data relating to authenticity and validation of digital certificates; downloadable software for authenticating and validating digital certificates; downloadable databases and electronic data sets in the field of personally identifiable information and personal and business identification verification for fraud prevention for identity verification and authentication; downloadable software for performing identity verification and authentication; downloadable computer communications software to allow customers to access bank account information and transact bank business; downloadable mobile applications for managing bank accounts and money transfers in Class 9

> Money transfers; electronic transfer of money; merchant services, namely, payment transaction processing services; payment and funds verification services; credit card verification; currency transfer services; financial services, namely, providing for the

exchange of foreign currency via the internet and intranet systems; electronic funds transfer; providing electronic processing of electronic funds transfer, ACH, credit card, debit card, electronic check and electronic payments; providing an on-line computer database in the field of financial transactions; financial analysis, namely, compiling and analyzing statistics, data and other sources of information for financial purposes; financial information and evaluations; financial risk management; financial transaction services, namely, providing secure commercial transactions and payment options; providing financial risk management services for electronic funds transfer, credit and debit card and electronic check transactions via a global computer network; financial planning; financial consulting; financial information; providing financial information; financial information processing; debt management services; debt management consultation; mortgage financing services; mortgage refinancing; mortgage lending consultation services; brokerage services in the field of stocks and commodities; business brokerage services; Investment management; financial management; debt management services; financial advisory and consultancy services in Class 36

Application service provider featuring application programming interface (API) software for banking and credit card data that provides software developers with a clean, categorized view of user transactions and account balances; providing temporary use of non-downloadable computer software for developer and merchants to track and manage their transactions and metrics in the fields of business and finance; providing temporary use of non-downloadable computer software for allowing users to perform electronic business transactions via a global computer network; electronic data storage; electronic storage of files and documents; providing temporary use of on-line non-downloadable cloud computing software for identifying, classifying, evaluating, and reviewing potentially fraudulent payments; Design and development of computer software for the enablement of accepting purchases from within mobile apps and software that perform other non-purchasing functions; application service provider featuring application programming interface (API) software for enabling a mobile app to accept purchases and payments; Application service provider featuring application programming interface (API) software for integrating business, transactional, financial, and analytics information and functionality into other software and platforms; electronic signature authentication and verification services using technology to authenticate user identity; providing an on-line searchable database and on-line electronic data sets featuring information in the field of digital certificate authentication and validation and providing temporary use of non-downloadable

computer software for authenticating and validating digital certificates; providing temporary use of non-downloadable computer software relating to information regarding personal and business identity, namely, software for compiling, analyzing and managing personal and business identity information; providing an on-line searchable database and on-line electronic data sets in the field of fraud prevention for identity verification and authentication, specifically featuring electronically monitored credit card activity data useful in detecting fraud via the Internet, electronic signatures for use in electronic signature verification using technology to authenticate user identity; providing temporary use of non-downloadable computer software for identity verification and authentication; management of consumer electronic payments; providing temporary use of non-downloadable software for managing bookkeeping, invoicing, accounting and payroll tasks; providing user authentication of electronic funds transfer, credit and debit card and electronic check transactions using API software via a global computer network; Computer security services in the nature of providing authentication, issuance, validation and revocation of digital certificates; Computer security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud, mobile or network resources based on assigned credentials; Electronic monitoring of personally identifying information to detect identity theft via the internet; Electronic signature verification services using technology to authenticate user identity; Electronic monitoring of credit card activity to detect fraud via the internet in Class 42

**Exhibit 61**, at 7-8.

## PLAID'S CUSTOMERS AND POTENTIAL CUSTOMERS RAISED CONCERNS ABOUT PLAID'S USE OF BANK TRADEMARKS

61.    In 2015, Google believed that Plaid had partnered with the banks.  For example, a Google employee inquired whether it would "be best if we message 'we have partnered directly with some of the largest banks' – to make clear your direct integration??? Is there a good way of messaging this?"  In response, Plaid employee Stefan Sohlstrom wrote:  "In terms of explanatory messaging, we've experimented with adding optional text behind a question icon, but our end users weren't interacting with it, so bank logos alone is the path that we went down.  In terms of specific verbiage for messaging the bank relationships i'll defer to Zach."  While Mr. Perret responded to the conversation, he did not address the nature of Plaid's relationship with banks.  **Exhibit 62** (PL00034848).

62.    In 2016, Plaid customer Blend was still using Plaid's API and had not yet transitioned to Plaid Link.  When Blend inquired whether "Plaid [has] agreements with banks allowing Plaid customers to feature those brands," Sima Gandhi, then Plaid's Head of Business Development, Policy & Strategy, responded that for Plaid Link, Plaid was "working with banks to

get trademark licenses so that it addresses the type of questions/uncertainties around treatment that you're raising." Ms. Gandhi recommended to the customer that "if you're asked by one of the banks about your usage of their logos, we'd encourage you to directly apply for a trademark license with them." **Exhibit 63** (PL00036456); **Exhibit 43** (Minor 30(b)(6) Dep. Tr., at 27:25-28:11 (testifying that the customer interaction reflected in PL00036456 was something she "saw consistently during my time at Plaid")).

63.     On April 28, 2016, Plaid customer Zenefits wrote that he "was chatting with our legal team about this, and they had a quick question – are you allowed to use the bank logos and bank branding in the PLAID Link flow?" **Exhibit 64** (PL00036419).

64.     Having received no response to that email, on April 29, 2016, Zenefits again wrote to Plaid and asked, "Do you have the rights to use bank logos and branding in the Link plugin?" On May 2, 2016, Plaid employee Carl Tremblay responded that Plaid's General Counsel was currently out on maternity leave. On May 5, 2016, Zenefits again followed up concerning Plaid's right to use bank logos in Plaid Link. Later that day, Mr. Tremblay responded that in "regards to logos, we provide our customers with the ability to use Link as a comprehensive package however Plaid cannot provide other parties the right to use bank logos." **Exhibit 65** (PL00036421).

65.



## **PLAID CONCEALS ITS USE OF BANK TRADEMARKS FROM BANKS**

66.



67.



68.

69.

70.     When Plaid prepared an email announcing that it added 6,300 new bank logos to Plaid Link, Plaid's CEO Zach Perret instructed his employees to "make sure we're not sending this email to banks." **Exhibit 68** (PL00021034).

71.     Mr. Bernasconi responded to Mr. Perret's email instructing his employees to "make sure we're not sending this email to banks" by writing: "+1 to Zachs' [sic] comment – I'm not sure how we create our list of customers to send this to, but we should not send this email to Banks due to logo trademark." **Exhibit 68** (PL00021034).

## PLAID'S KNOWLEDGE THAT PLAID LINK CONFUSED CONSUMERS

72.     On December 11, 2018, Forbes published an article titled "Fintech Startup Plaid Is Now Valued At $2.65 Billion After $250 Million Raise." The Forbes article notes that "If you're a consumer who has signed up for apps like Acorns or Robinhood, there's a good chance you used Plaid without knowing it." **Exhibit 69** (https://www.forbes.com/sites/alexkonrad/2018/12/11/mary-meekers-first-post-kleiner-deal-fintech-startup-plaid-now-valued-at-265-billion/?sh=7b2bba1e77d6).

73.     _see also_ **Exhibit 11** (Perret Dep. Tr., at 40:7-8: ("I think it was true that not every consumer needs to know who Plaid is.")).

74.



75.    In or about September 2019, Plaid employee Al Hertz presented at an event organized by the Designer Fund.  During his presentation, Mr. Hertz discussed Plaid's design of Plaid Link and remarked:  "when you link your bank account through Plaid, you have no idea that you're      doing      that."      **Exhibit      72**      (Hertz      Dep.      Ex.      19 (https://www.youtube.com/watch?v=1wx_KOLn_mU); copy of video submitted as **Exhibit 114**); **Exhibit 44** (Hertz Dep. Tr. 278:1-279:19)

76.



77.    On November 12, 2020, Plaid employee Umang Jaipuria inquired whether Plaid had "done any research that would suggest that bank logos or bank-oriented branding help users navigate Link better."  In response, Plaid employee Victoria Cao stated "[n]ot necessarily to navigate Link better but to trust link bc they think the banks have partnered or that it is the bank." **Exhibit 74** (PL00051377).

78.



79.

80.

81.

82. 

83.

84.     On November 19, 2021, Plaid employees Lisa Murphy and Zach Hutkin had an instant message exchange concerning uploading an updated bank logo to Plaid's server. As part of that conversation, Mr. Hutkin wrote: "oh one other thing that might come up when u follow up.  We don't do the hex colors in link anymore.  they are all just white now."  Mr. Hutkin then added:  "i think b/c using bank colors got us in hot water for sort of impersonating those banks."  **Exhibit 78** (PL00051379, at PL00051380); **Exhibit 52** (P. Bernasconi Dep. Tr., at 38:4-10 (testifying that the credentials pane in Plaid Link would use "the main brand color of the bank" as the background color)).

85.     As part of the same instant message conversation, Mr. Hutkin wrote: "hahah the SoFi ones all look really similar which makes it hard.  usually their changing which circles on their logo are filled in."  **Exhibit 78** (PL00051379, at PL00051380).

86. 

 *see also* **Exhibit 11** (Perret Dep. Tr., at 55:14-18 ("And yes, I suspect that it does increase the comfort and familiarity of the user with the bank as they're trying to choose which bank and that they're – they're linking as to the Venmo application.")).

87. 

88.

89.





## PNC COMPLAINS ABOUT PLAID'S UNAUTHORIZED USE OF ITS MARKS

98.    In May 2019, Plaid employees came to Pittsburgh to meet with representatives of PNC. **Exhibit 115** (Deposition Transcript of N. Talpas, at 187:4-20). Ms. Talpas testified that during that meeting is "where Plaid had shared the screens that a customer was using to complete their connections to FinTech applications. And that was where in the room we saw, again, PNC's blue background, PNC's logo, and the potential for confusion and that was where we had initially objected to that." *Id.* at 188:4-189:6.

99.    During a December 2019 meeting with Plaid at Plaid's offices, Deborah Guild, PNC's Head of Enterprise Technology & Security, discussed the need for Plaid to cease use of the PNC logo. **Exhibit 116** (Deposition Transcript of D. Guild, at 230:21-231:13); *id.* at 292:20-294:13; **Exhibit 117** (PNC0033385) (Ms. Guild's notes from the meeting stating that aspirational plans for Plaid are to deploy device fingerprinting, remove the PNC login framework, and to make sure it says Plaid and not PNC on the login).

100.    On August 13, 2020, Natalie Talpas of PNC provided PNC's feedback concerning proposed re-designed panes for Plaid Link. Ms. Talpas provided the following feedback:

> PNC has provided feedback that the changes included in your draft re-design flows continues to fall short from the changes we have requested since May 2019. It remains confusing to customers whether PNC is involved in the collection of their sensitive data at this time. You are continuing to mimic bank log-in screens using our logo.

**Exhibit 87** (PNC0003326, at PNC0003327).



101.

102.



108.    Mr. Couch responded that "I'm not gonna yes-and a [sic] 'make the logo smaller/bigger' from these jokers" in response to PNC's concerns about Plaid's use of PNC's trademarks.  **Exhibit 89** (PL00021632, at PL00021633).

## OTHER BANKS COMPLAIN ABOUT PLAID'S USE OF THEIR MARKS



109.    Financial institutions other than PNC complained to Plaid about the unauthorized use of bank trademarks in Plaid Link.  **Exhibit 47** (Overdorff Dep. Tr., at 54:15-24 ("I would say in the second half of 2020 we did start hearing feedback from banks around logo usage."); *id.* at 66:13-67:19 (" ██████████████████████████████ ██████████████████████████████ ██████████████ )).



112.

113.

114.

115.

116.

117.

118.

119. ████████████████████████████████████
████████████████████████████████████
███████████████████████

120. ████████████████████████████████████
████████████████████████████████████
█████████████████████████████

121. ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████

**ACTUAL CONFUSION ARISING FROM PLAID'S USE OF THE PNC MARKS**

122.    On December 12, 2018, a consumer sent the following email to Plaid and its co-founder and CEO, Zach Perret:



| | |
|---|---|
| **From:** | "Jorge Canizales" <notifications@github.com> |
| **Sent:** | Wed, 12 Dec 2018 20:43:41 -0800 (PST) |
| **To:** | "plaid/link" <link@noreply.github.com> |
| **Cc:** | "zach perret" <zach@plaid.com>; "Mention" <mention@noreply.github.com> |
| **Subject:** | Re: [plaid/link] privacy/security concerns (#68) |

I just found the Plaid form when trying to get money via Venmo. I couldn't believe my eyes when I saw that the iframe that showed the Citibank logo and color theme, prompting for my credentials, wasn't from citi.com, but plaid.com impersonating it ◆ Surely, someone at some point got in the back of their neck the feeling that this wasn't a good idea, when part of their job was "mimic as closely as possible the web login of certain banks, so the user can't distinguish"?
Comment #68 (comment) by @benissimo describes perfectly the pros and cons of 3 ways of doing it, from best to worst. Plaid is doing the worst one, and @michaelckelly and @whockey only respond that option 1 is unfeasible at this moment.

**Exhibit 97** (PL00036816).

123.    The hyperlink in the above email (#68 (comment)) warns that "this is horrible, horrible, horrible, horrible practice.  Any malicious actor can copy [Plaid's] design and present a perfectly genuine-looking Plaid input form and gather bank credentials from victims." **Exhibit 98** (GitHub screenshot (Kelly Dep. Ex. 13)).

124.    Plaid employee Michael Kelly initially responded to other consumers in the message thread for #68 (comment) but was ultimately instructed to stop by his manager, Plaid Chief Technology Officer Jean-Denis Greze.  **Exhibit 99** (Deposition Transcript of M. Kelly, at 206:16-207:5).

125.    In May 2020, a PNC customer named ▮▮▮▮▮▮▮ emailed William Demchak, CEO of PNC.  **Exhibit 100** (PNC0036920).  ▮▮▮▮▮ recounted her experience trying to link her PNC account to Venmo as follows:

> Venmo says they have lost connection with my bank – sounds like Venmo's problem.  I attempt to reconnect.  Then the 'Plaid' screen appears.  (As noted, I'm sure it's safer to have this extra level of security – when it functions).  Then the PNC (?) 'Enter your credentials' screen appears; when I enter my username and password the PNC screen says 'the username you provided was incorrect.'  I have called PNC to confirm my username, and it's the same one that works on the pnc.com site.  So what next?

**Exhibit 100** (PNC0036920, at PNC0036921).

126.    PNC engaged in the following Twitter conversation with a consumer:



**Exhibit 101** (Capture of Twitter Exchange).

127.    On April 18, 2021, a consumer contacted Plaid with the following message: "I asked my bank why it's not working and they said to contact you guys and submit all the information threw [sic] you.  Bottom line its [sic] says pnc are not able to connect to the service and asked pnc and they said to contact you guys."  **Exhibit 102** (PL00004272).

128.    A consumer reported to Plaid that "I had called my bank PNC & I was told that I needed to call you guys since you are a third party to be able to connect with my PNC with my chime account."  **Exhibit 103** (PL00004369).

129.    A consumer reported to Plaid that "I have already spoken to PNC Bank and they said I need to speak directly with you to give you my banking information."  **Exhibit 104** (PL00003629).

130.    A consumer reported to Plaid that "I need help connecting my bank to the app, I called my bank and they could [not] do anything." **Exhibit 105** (PL00003664).

131.    A consumer filed a complaint with the CFPB stating: "I tried to link my PNC account with robinhood, an app where you buy and trade stocks, and pnc said they have blocked me from doing so." **Exhibit 106** (PNC0020331, at PNC0020331).

132.    A consumer filed a complaint to the CFPB stating: "I tried to transfer money from my PNC bank aacount [sic] to my Waheed investment account, PNC keep mentioned that I'm not allow to transfer my fund to unknown reason." **Exhibit 107** (PNC0018331, at PNC0018331).

133.    A consumer filed a complaint to the CFPB stating: "When I try to link my bank to any account the PNC mobile app acts up. In this situation it states 'PNC Bank is block you from enabling external applications.'" **Exhibit 108** (PNC0014940, at PNC0014941).

134.    A consumer filed a complaint to the CFPB stating: "Venmo said that PNC made a change that prevents my account from being linked." **Exhibit 109** (PNC0018980, at PNC0018981).

135.    Karen Larrimer, former Head of Retail Banking and Chief Customer Officer at PNC, testified that "in my capacity at PNC, I ran all of customer service, all of the care center calls, all of the social media that came into the bank, all of the people that I interacted with personally.  There was absolute confusion of people saying, I thought I was logging into PNC when I entered this.  That's your logo." **Exhibit 110** (Deposition Transcript of K. Larrimer, at 58:5-15).

136.    Based on Ms. Larrimer's "experience personally and the volume of calls that we got, the volume of social media, the volume of CFPB complaints that came through," there were thousands of confused PNC customers. **Exhibit 110** (Larrimer Dep. Tr., at 58:21-59:9).

137.    Ms. Larrimer further testified that many phone calls received by PNC's customer care center reflected confusion as to the source of Plaid Link. **Exhibit 110** (Larrimer Dep. Tr., at 64:13-65:6).

138.    Consumers filed class actions against Plaid for "induc[ing] consumers to hand over their bank login credentials to *Plaid* by making it appear those credentials are being communicated directly to consumers' *banks*." **Exhibit 111** (*In re Plaid Privacy Litigation*, Case No. 4:20-cv-03056-DMR (N.D. Cal.), Dkt. No. 61, Am. Compl. at ¶ 4).

139.    In a class action complaint filed against Plaid, a PNC customer, Ms. Alexis Mullen, averred that "she was not aware of the existence or role of Plaid." **Exhibit 111** (at ¶ 152). Ms. Mullen stated that she "believed she was [linking her account] through an official connection with her banks.  She was unaware that she was providing her login credentials to Plaid." *Id.*

140.    Plaid settled the class actions, paying $58 million and consenting to injunctive relief requiring Plaid, *inter alia*, to: (1) utilize "the logo for a financial institution on the credential pane in Plaid Link" only as licensed or otherwise lawfully permitted; (2) use a

"background color of the credential pane for Plaid's standard Link flow [that] does not utilize the color scheme associated with a specific financial institution"; and (3) explain "that the user's credentials are being 'provided to Plaid'". **Exhibit 112** (Settlement Agreement).

## BANK STYLIZED MARKS, LOGOS, AND COLORS ARE NOT NECESSARY FOR CONSUMERS TO IDENTIFY THEIR BANKS

141.    PNC's Request for Admission No. 70 asked Plaid to "Admit that Plaid is not aware of any consumer who was unable to correctly identify PNC within Plaid's User Interface after Plaid ceased using a blue background in connection with linking a PNC account through Plaid." **Exhibit 29**.

142.    In response, Plaid wrote that:  "Admitted that Plaid is not aware of any consumer communication in which the consumer specifically stated to Plaid that they were unable to correctly identify PNC within the Plaid Link user interface after Plaid ceased using a blue background in connection with linking a PNC account through Plaid." **Exhibit 29**.

143.    PNC's Request for Admission No. 71 asked Plaid to "Admit that Plaid is not aware of any consumer who was unable to correctly identify PNC within Plaid's User Interface after Plaid ceased use of the ▷PNC logo." **Exhibit 29**.

144.    In response, Plaid wrote that: "Admitted that Plaid is not aware of any consumer communication in which the consumer specifically stated to Plaid that they were unable to correctly identify PNC within the Plaid Link user interface after Plaid ceased using the PNC logo." **Exhibit 29**.

## PLAID'S LACK OF PREJUDICE

145.    Plaid did not identify any lost testimony or evidence relevant to any of its defenses.  **Exhibit 43** (Minor Dep. Tr., at 83:4-85:15).

146.    Plaid's 30(b)(6) witness on the topic of prejudice testified that allowing Plaid to "become a large, ubiquitous service in the fintech ecosystem" was prejudicial.  **Exhibit 43** (Minor Dep. Tr., at 100:8-17).

## PLAID DOES NOT ASSERT THE PNC MARKS WERE OBTAINED THROUGH FRAUD

147.    Plaid contends that PNC has unclean hands "because PNC's primary purpose in this litigation is to harm Plaid, not to protect its marks."  **Exhibit 57** (Response to Interrogatory No. 17).

148.    Plaid does not contend that PNC obtained any of the PNC trademark registrations asserted in this litigation through fraud.  **Exhibit 43** (Minor 30(b)(6) Dep. Tr., at 81:7-82:2).

Respectfully submitted,

Dated:  May 10, 2024

*/s/ Hara K. Jacobs*
Hara K. Jacobs (admitted *pro hac vice*)
Noah S. Robbins (admitted *pro hac vice*)
**BALLARD SPAHR LLP**
1735 Market Street
51st Floor
Philadelphia, PA 19103
(215) 665-8500 (phone)
(215) 864-8999 (fax)
Email: jacobsh@ballardspahr.com
Email: robbinsn@ballardspahr.com

Christopher R. Brennan
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA, 15222
Phone: (412) 288-3131
CBrennan@ReedSmith.com

Robert A. Nicholas
Joseph J. Mahady (admitted *pro hac vice*)
Abigail M. Pierce (admitted *pro hac vice*)
**REED SMITH LLP**
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
RNicholas@ReedSmith.com
JMahady@ReedSmith.com
Abigail.pierce@ReedSmith.com

*Counsel for The PNC Financial Services Group, Inc.*