# EXHIBIT 10

1  UNITED STATES DISTRICT COURT
2  WESTERN DISTRICT OF PENNSYLVANIA
3  --oOo--
4  THE PNC FINANCIAL SERVICES
   GROUP, INC.,
5
                Plaintiff,
6
   vs.                                Case No.
7                                     2:20-cv-1977
   PLAID, INC.,
8               Defendant.
   _____/
9
10
11
12
13
14    VIDEO-RECORDED DEPOSITION OF WILLIAM HOCKEY
15             SAN FRANCISCO, CALIFORNIA
16            THURSDAY, FEBRUARY 23, 2023
17
18
19
20
21
22
23  Reported by:
24  Anrae Wimberley, CSR No. 7778
25  Job No.  5776537

Page 2

1              UNITED STATES DISTRICT COURT
2            WESTERN DISTRICT OF PENNSYLVANIA
3                        --oOo--
4  THE PNC FINANCIAL SERVICES
5  GROUP, INC.,
6              Plaintiff,
7  vs.                              Case No.
                                    2:20-cv-1977
8  PLAID, INC.,
              Defendant.
9  _____/
10
11
12
13
14
15         Transcript of video-recorded deposition
16  of WILLIAM HOCKEY, taken at Keesal Young & Logan PC
17  450 Pacific Avenue, San Francisco, California 94133,
18  beginning at 9:02 a.m. and ending at 4:53 p.m. on
19  Thursday, February 23, 2023, before Anrae Wimberley,
20  Certified Shorthand Reporter No. 7778.
21
22
23
24
25

```
                                                              Page 3

 1    APPEARANCES:
 2    For Plaintiff:
 3              REED SMITH LLP
 4              BY:   JOSEPH J. MAHADY, ESQ.
 5                    ADAM BROWNROUT, ESQ.
 6                    ABIGAIL M. PIERCE, ESQ. (VIA PHONE)
 7              1717 Arch Street
 8              Three Logan Square, Suite 3100
 9              Philadelphia, PA 19103
10              (215) 851-8239
11              jmahady@reedsmith.com
12              abrownrout@reedsmith.com
13              abigail.pierce@reedsmith.com
14
15    For Defendant:
16              WILKINSON STEKLOFF LLP
17              BY:   JEREMY BARBER, ESQ.
18                    ALISON ZOSCHAK, ESQ.
19              130 W. 42nd Street, 24th Floor
20              New York, New York 10036
21              (212) 294-8929
22              jbarber@wilkinsonstekloff.com
23              azoschak@wilkinsonstekloff.com
24
25
```

Page 4

1  Also present:
2          ELYSE WHITEHEAD, In-House Counsel for
3          Plaid, Inc.
4
5          MEREDITH FUCHS, In-House Counsel for
6          Plaid, Inc.
7
8          KEIGO PAINTER, Videographer
9          VERITEXT LEGAL SOLUTIONS
10                   --oOo--
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1           THURSDAY, FEBRUARY 23, 2023;
2           SAN FRANCISCO, CALIFORNIA;
3                 9:02 A.M.
4                  - - -
5      THE VIDEOGRAPHER:  Good morning.  We're going
6   on the record at 9:02 a.m. on February 23rd, 2023.
7   Please note that the microphones are sensitive and
8   may pick up whispering, private conversations.
9   Please mute your phone at this time.  Audio and
10  video recording will continue to take place unless
11  all parties agree to go off the record.
12            This is Media Unit 1 of the video-recorded
13  deposition of William Hockey taken by counsel for
14  the plaintiffs in the matter of The PNC Financial
15  Services Group, Inc. versus Plaid, Inc. filed in the
16  United States District Court, Western District of
17  Pennsylvania.  Case No. is 2:20-cv-1977.  The
18  location of the deposition is 450 Pacific Avenue,
19  San Francisco, California 94133.
20            My name is Keigo Painter representing
21  Veritext and I'm the videographer.  The court
22  reporter is Anrae Wimberley from the firm Veritext.
23  I'm not related to any party in this action, nor am
24  I financially interested in the outcome.
25            If there are any objections to proceeding,

1  please state them at the time of your appearance.
2  Counsel and all present, including remotely, will
3  now state their appearances and affiliations for the
4  record, beginning with the noticing attorney.
5       MR. MAHADY:  Good morning.  Joe Mahady.  Law
6  firm, Reed Smith, on behalf of the plaintiff, PNC
7  Financial Services Group, Inc.  Today -- with me
8  today is my colleague, Adam Brownrout, also of Reed
9  Smith.
10      MR. BARBER:  Good morning.  Jeremy Barber from
11 Wilkinson Stekloff on behalf of Plaid and the
12 witness.  With me is Alison Zoschak, also from
13 Wilkinson Stekloff, and Elyse Whitehead and Meredith
14 Fuchs from Plaid.
15          And if I can make a record before we
16 start, by agreement of the parties, the time limit
17 for questioning by PNC is limited to five hours.
18      THE VIDEOGRAPHER:  Will the court reporter
19 please swear in the witness and then counsel may
20 proceed.
21          (Witness sworn.)
22      MR. MAHADY:  You're going to kill me.  Can we
23 go off the record for one second?
24      THE VIDEOGRAPHER:  We're going off the record.
25 The time is 9:04.

Page 10

1              (Off the record.)
2              (Whereupon, Ms. Pierce, Esq. joined the
3          proceedings via conference call.)
4       THE VIDEOGRAPHER:  Back on the record.  The
5   time is 9:07.
6       MR. MAHADY:  Also appearing on behalf of PNC
7   remotely is Abigail Pierce, law firm Reed Smith.
8                    WILLIAM HOCKEY,
9    sworn in personally as a witness by the Certified
10         Shorthand Reporter, testified as follows:
11                      EXAMINATION
12   BY MR. MAHADY:
13       Q.   Mr. Hockey, good morning.
14            How are you?
15       A.   Good morning.
16       Q.   Mr. Hockey, could you please state your
17   full name for the record.
18       A.   William Hockey.
19       Q.   Where do you reside, Mr. Hockey?
20       A.   Mill Valley, California.
21       Q.   Have you ever been deposed before?
22       A.   Yes.
23       Q.   How many times have you been deposed?
24       A.   Twice.
25       Q.   Can you please tell me when you've been



Page 30

1   Q.   When did Plaid release Plaid Link for use
2  by its customers?
3   A.   I don't know when we exactly went public
4  in it, but it's probably in a pretty similar date
5  that I provided.
6   Q.   2014, 2015, 2016 time period?
7   A.   Yeah, eight plus years ago, but yeah,
8  somewhere around there.  It was a -- it was a slow
9  rollout.
10   Q.   Prior to Plaid Link, Plaid was the
11  infrastructure provider for financial applications
12  but did not own the user interface itself; correct?
13   A.   That's a fair statement, yes.
14   Q.   And during this time period, generally
15  speaking, right, the way it would work is that the
16  fintech app powered by Plaid would collect the
17  consumers' bank account credentials; correct?
18       MR. BARBER:  Objection to form.
19       THE WITNESS:  Yeah, it was kind of a tradition.
20  So if you think about the industry standard at the
21  time when we started Plaid, you had servers, which
22  was defined as nonclient facing lap computers.
23  Information would be passed between these servers
24  over an API.
25           So a consumer would pass their credentials

Page 139

1       Do you see that, Mr. Hockey?
2       A.   Yes, sir.
3       Q.   UX.  UX stands for user interface, it's
4  shorthand; correct?
5       A.   UX stands for user experience.
6       Q.   Okay.
7       A.   UI stands for user interface.
8       Q.   Trusted user experience design.  Can you
9  please read for the jury what it states after that?
10
11
12
13
14
15
16
17
18       Q.   In 2016, was that a correct statement
19  about the design and the trusted user experience of
20  Plaid Link?
21       A.   I think at a high level it sounds
22  accurate.
23       Q.   Okay.  And so Plaid designed Plaid Link to
24  be intentionally bank-consistent; correct?
25       A.   So as I said before, right, we wanted the

Page 140

1  experience to seem familiar.  And so they could
2  understand -- I mean, it was very obvious that they
3  were not in their bank, and so we wanted them to
4  make sure that they were selecting the right
5  institution.
6          And one of the good, very
7  industry-standard ways of doing this was to display
8  the logo and the colors to make sure that they were
9  selecting the right institution.
10         At this point in 2016, very few people
11 were actually using Plaid Link.  The vast majority
12 of people were using other application flows.  And
13 so we wanted to make sure that we were designing
14 something that was pretty consistent with the
15 industry standard at the time.
16      Q.  Let's look at the November 2017 screenshot
17 which we previously looked at.
18         MR. BARBER:  What exhibit number?
19         MR. WEINBERG:  9.
20 BY MR. MAHADY:
21      Q.  9, Exhibit 9.  How is it very obvious to
22 consumers that they were not logging into their bank
23 account using this screen?
24         MR. BARBER:  Objection to form.
25         THE WITNESS:  Can I take a look at that

```
                                                    Page 294
 1                       ---oOo---
 2              _____
 3              WILLIAM HOCKEY
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 295

1           I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4           That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were administered an oath; that
8    a record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12          Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript ( ) was (X) was not requested.
16          I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any attorney of any party to this
19   action.
20          IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated:  February 26, 2023
23
24                          _____
25                          ANRAE WIMBERLEY, CSR No. 7778